**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Readylink Healthcare** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Readylink Health Care, Inc.**<br>**DBA  Readylink Health Care**<br>**DBA  Readylink Heathcare, Inc.** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **33-0807894** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **72030 Metroplex Drive**<br>**Thousand Palms, CA 92276**<br>Number, Street, City, State & ZIP Code | **P.O. Box 1047**<br>**Thousand Palms, CA 92276**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Riverside**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

☐ (filled) Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Readylink Healthcare**                                    Case number (*if known*) _____
        Name

---

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5613

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

---

Debtor    **Readylink Healthcare**                                          Case number (*if known*)
     Name

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

---

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency

    Contact name

    Phone

---

**■ Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.  Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.  Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor    **Readylink Healthcare**
          Name

Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Readylink Healthcare**                                              Case number *(if known)* _____
                  Name

▮    **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 3, 2024**
                       MM / DD / YYYY

X _*Elizabeth Ann Watts*_                              **Elizabeth Ann Watts**
Signature of authorized representative of debtor         Printed name

Title    **Secretary** _____

**18. Signature of attorney**    X _____        Date    **January 3, 2024**
                                        Signature of attorney for debtor                           MM / DD / YYYY

**Todd C. Ringstad** _____
Printed name

**Ringstad & Sanders LLP** _____
Firm name

**4910 Birch Street**
**Suite 120**
**Newport Beach, CA 92660** _____
Number, Street, City, State & ZIP Code

Contact phone    **949 851-7450** _____        Email address    **todd@ringstadlaw.com** _____

**97345 CA** _____
Bar number and State

## RESOLUTION

The undersigned, being the sole Director of READYLINK HEALTHCARE   (the "Company"), hereby takes the following actions and adopts the following resolutions by unanimous written consent by the Board of Directors of this Corporation.

**WHEREAS**, the undersigned, having reviewed and considered the filing of a voluntary petition for relief for the Company under the provisions of chapter 7 of title 7 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "Bankruptcy Code") pursuant to applicable law and in accordance with the requirements of the Company's governing documents and applicable law;

**WHEREAS**, the undersigned, having reviewed and considered the materials presented by the Company's financial and legal advisors, and having had adequate opportunity to consult such persons and to fully consider each of the strategic alternatives available to the Company;

**WHEREAS**, in the undersigned's business judgment it is in the best interest of the Company to seek the protection of the Bankruptcy Code under Chapter 7 of the Bankruptcy Code through the filing of a Chapter 7 bankruptcy petition ("Bankruptcy Case") in the United States Bankruptcy Court for the Central District of California, Riverside Division ("Bankruptcy Court");

**NOW, THEREFORE, IT IS HEREBY RESOLVED**, that the Company be, and hereby is, authorized to file a voluntary petition for relief under Chapter 7 of the Bankruptcy Code and is further authorized to execute any and all documents and to do any and all acts and deeds necessary and proper to carry into effect the foregoing resolution;

**RESOLVED FURTHER**, that the Company be, and hereby is, authorized to engage the law firm of Ringstad & Sanders, LLP ("R&S"), as general insolvency counsel to the Company in connection with the filing of and conduct of the Bankruptcy Case and related matters and to compensate R&S on terms mutually acceptable to R&S and the Company;

**RESOLVED FURTHER**, that any and all actions heretofore taken by the Company within the terms of any of the foregoing resolutions are hereby ratified and confirmed as the acts and deeds of the Company.

**RESOVED FURTHER,** that Elizabeth Ann Watts Secretary, be authorized to approve and sign the bankruptcy petitions, schedules and statement of financial affairs, and to represent and testify on behalf of the Company at the meeting of creditors and any continued meetings of creditors in the bankruptcy case and take all other and further actions on behalf of the Company as may be required in the bankruptcy case.

The undersigned directs that, upon signing, this consent be filed with the minutes of the proceedings of the Company.

IN WITNESS WHEREOF, the undersigned has duly executed this Resolution as of January 3, 2024.

READYLINK HEALTHCARE
a Nevada Corporation

By: _____

Barry Treash

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Todd C. Ringstad (SBN 97345)<br>todd@ringstadlaw.com<br>RINGSTAD & SANDERS LLP<br>4910 Birch Street<br>Suite 120<br>Newport Beach, CA 92660<br>Telephone: 949 851-7450<br>Facsmilie: 949 851-6926<br><br>☒ *Attorney for:* Debtor, Readylink Healthcare | FOR COURT USE ONLY |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

</div>

| | |
|---|---|
| In re:<br><br>READYLINK HEALTHCARE<br><br><div align="right">Debtor(s).</div> | CASE NO.:<br><br>ADVERSARY NO.:<br><br>CHAPTER: 7 |
| <div align="right">Plaintiff(s),</div> | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <div align="right">Defendant(s).</div> | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* _Elizabeth Ann Watts_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____

_____

_____

[For additional names, attach an addendum to this form.]

b. ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  01/03/2024

By: _____

Signature of Debtor, or attorney for Debtor

Name:  Elizabeth Ann Watts, Secretary
Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 2                    **F 1007-4.CORP.OWNERSHIP.STMT**

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Thousand Palms_ , California.

Date: **January 3, 2024**

_Elizabeth Ann Watts_
**Elizabeth Ann Watts**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                    Page 1        **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name **Readylink Healthcare**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $     **4,658.27**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $     **4,658.27**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$     **555,327.53**

4.  Total liabilities ...........................................................................................................
    Lines 2 + 3a + 3b      $     **555,327.53**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**Readylink Healthcare**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Pacific Premier Bank**<br>**306 W 2d Street #100**<br>**San Bernardino, CA 92401** | **General Account** | **0070** | $3,903.04 |
| 3.2. | **Pacific Premier Bank**<br>**306 W 2d Street #100**<br>**San Bernardino, CA 92401** | **Payroll Account** | **9308** | $544.53 |

**4.** Other cash equivalents *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Wisely Funding Account** | $210.70 |

**5.** Total of Part 1.
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $4,658.27 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

Debtor    **Readylink Healthcare**                                    Case number *(If known)* _____
      Name

■ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:  Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9:  Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Readylink Healthcare**                                    Case number *(If known)* _____
           Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,658.27 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,658.27 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,658.27 |

**Fill in this information to identify the case:**

Debtor name    **Readylink Healthcare**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **Readylink Healthcare**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Employment Development
Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Purposes Only**

Is the claim subject to offset?
■ No
☐ Yes

Total claim **$0.00**    Priority amount **$0.00**

---

**2.2** Priority creditor's name and mailing address

**Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Purposes Only**

Is the claim subject to offset?
■ No
☐ Yes

Total claim **$0.00**    Priority amount **$0.00**

---

| Debtor | **Readylink Healthcare** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**U.S. Securities and Exchange**
**Attn: Bankruptcy Counsel**
**444 South Flower Street**
**Suite 900**
**Los Angeles, CA 90071-9591**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**United States Trustee**
**3801 University Avenue**
**Suite 720**
**Riverside, CA 92501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AIG**
**22427 Network Place**
**Chicago, IL 60673-1224**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Lawsuit Pending Riverside Superior Court**
**Commerce & Industry Insurance Company v. ReadyLink Healthcare,**
**Inc.,**
**Case No. CVPS2102689**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Readylink Healthcare** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Archinue, Peta**
**10516 Amantha Avenue**
**San Diego, CA 92126**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Avis Francis-Maitland**
**45275 Desert Air Street**
**La Quinta, CA 92253**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Becerra, Kathy**
**1040 Meadow Way**
**Arroyo Grande, CA 93420**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Beswick, Darleen**
**1054 Camino Real**
**Cottonwood, AZ 86326**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Bommarito, Thomas**
**13900 NW Passage**
**#207**
**Marina Del Rey, CA 90292**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Readylink Healthcare** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brownell, Naechon**
**1114 West Avenue J14**
**Lancaster, CA 92353**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cabatan, Elsa**
**28403 North Pine Wood**
**Castaic, CA 91310**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carrillo, Oscar**
**2452 Angela St Apt C**
**Pomona, CA 91766**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chaffin, Earneshia**
**15458 Bear Valley Rd #4**
**Victorville, CA 92395**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cloud, Carolyn**
**6131 Guthrie Street**
**San Bernardino, CA 92404**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Readylink Healthcare** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|

**Crawford, Barry**
**200 Lewis Road #207**
**San Jose, CA 95111**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|

**David, Ma. Cher Lynne**
**182 37th Avenue**
**San Mateo, CA 94403**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|

**Davidson, Harriette**
**8941 Encanto Ct.**
**Rancho Mirage, CA 92270**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|

**Dayton, Ann**
**1740 N. Dutton Ave**
**Santa Rosa, CA 95401**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|

**Del Rosario, Chessa**
**3030 Valle Vista Dr Apt 24**
**Los Angeles, CA 90065**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Readylink Healthcare**                                              Case number *(if known)* _____
            Name

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Delima, Clarisse**
**1518 E 3rd St Apt 3**
**Long Beach, CA 90802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Dhillon, Inderjit**
**9214 Parducci Way**
**Sacramento, CA 95829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Duque, Silvia**
**5814 2d Avenue**
**Los Angeles, CA 90043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Eck, Jayne**
**2229 West Autumn Mist Dr**
**Rialto, CA 92377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Eissing, Mark**
**3612 Marin Drive**
**Irvine, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

Debtor    **Readylink Healthcare**                                          Case number *(if known)* _____
            Name

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Enriquez, Roger**
**43491 30th Street West #2**
**Lancaster, CA 93536**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Esmael, Beverly**
**10257 Lake Summit Drive**
**Moreno Valley, CA 92557**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Eubanks, Samantha**
**3045 South Archibald Ave**
**H189**
**Ontario, CA 92761**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Fashakin, Winifred**
**3722 Hollow Oak Lane**
**Lithonia, GA 30058**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Fedoseeva, Ekaterina**
**297 Indiana Ave**
**El Cajon, CA 92020**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Readylink Healthcare | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.27**

**Nonpriority creditor's name and mailing address**

**Fils-Aime, Tamara**
**13626 Gateway Dr**
**Victorville, CA 92392**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.28**

**Nonpriority creditor's name and mailing address**

**Fox, Valeria**
**21602 Hill Gail Way**
**Parker, CO 80138**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.29**

**Nonpriority creditor's name and mailing address**

**Frediani, Melinda**
**4427 Crestwood Circle**
**Concord, CA 94521**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.30**

**Nonpriority creditor's name and mailing address**

**Gardon, Frederic**
**2740 Fourth Avenue**
**Sacramento, CA 95818**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.31**

**Nonpriority creditor's name and mailing address**

**Garnett, Joleen**
**2452 Via Alta**
**San Diego, CA 92108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor    **Readylink Healthcare**                                                  Case number *(if known)* _____
_____
Name

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Gore, Richard**
**17423 Cimmeron Trail**
**Anderson, CA 96007**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Hayes, Michelle**
**1324 North Bellmont St**
**Porterville, CA 93257**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Hazzard, Islam**
**162 Kit Carson Way**
**Vallejo, CA 94589**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Higgins Davin, Diane**
**209 Brushwood Place**
**Brentwood, CA 94513**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Hill, Sharla**
**PO Box 620483**
**Redwood City, CA 94062**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Readylink Healthcare** | Case number (*if known*) | |
| | Name | |

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Hooper, Nicole** | ■ Contingent | |
| | **58369 Lennox Court** | ■ Unliquidated | |
| | **Yucca Valley, CA 92284** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Basis for the claim:  **Class Action Claimant** <u>**Avis Francis-Maitland etc. v. Readylink Healthcare Case No. CVRI2101356**</u> | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Imbruno, Patricia** | ■ Contingent | |
| | **4721 Latkins** | ■ Unliquidated | |
| | **Sarasota, FL 34233** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Basis for the claim:  **Class Action Claimant** <u>**Avis Francis-Maitland etc. v. Readylink Healthcare Case No. CVRI2101356**</u> | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Ira, Craig** | ■ Contingent | |
| | **4407 West 9th Street N** | ■ Unliquidated | |
| | **Wichita, KS 67212** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Basis for the claim:  **Class Action Claimant** <u>**Avis Francis-Maitland etc. v. Readylink Healthcare Case No. CVRI2101356**</u> | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Juko, Pamela** | ■ Contingent | |
| | **15061 Archwood St #2** | ■ Unliquidated | |
| | **Van Nuys, CA 91405** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Basis for the claim:  **Class Action Claimant** <u>**Avis Francis-Maitland etc. v. Readylink Healthcare Case No. CVRI2101356**</u> | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Keffer, Carolyn** | ■ Contingent | |
| | **38035 27th St E** | ■ Unliquidated | |
| | **Palmdale, CA 93550** | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | Basis for the claim:  **Class Action Claimant** <u>**Avis Francis-Maitland etc. v. Readylink Healthcare Case No. CVRI2101356**</u> | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Readylink Healthcare** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Lagrimas, Rolly**
**1025 Barrett Ave**
**Richmond, CA 94801**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Lee, Sondra**
**16475 Tarpey Road**
**Watsonville, CA 95076**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Lineweaver, Patricia**
**79591 Butler Bay Pl**
**Long Beach, CA 90803**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Logsdon, Sue**
**10640 Parrot Ave #P**
**Downey, CA 90240**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Macharia, Lydiah**
**990 Valley View Ave #30**
**Pasadena, CA 91107**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Readylink Healthcare** | Case number (if known) | |
| | Name | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Mallory, Valerie**
**1027 40st Ave #11**
**Oakland, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Managuas, Ricardo**
**2270 Sherwood Drive**
**Lemon Grove, CA 91945**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Mardirossian, Sosie**
**10610 Lost Trail Avenue**
**Sunland, CA 91040**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Mariano, Maria**
**15649 Mayall Street**
**North Hills, CA 91343**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Miclat, Fher-John**
**1803 Crossroads St**
**Chula Vista, CA 91915**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Readylink Healthcare**                                        Case number (if known)  _____
Name

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Newson, Shameka**
**8424 Matilija Avenue**
**Panorama City, CA 91402**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Class Action Claimant__
__Avis Francis-Maitland etc. v. Readylink Healthcare__
__Case No. CVRI2101356__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Nolasco, Brittany**
**3100 South Dixie Hwy Apt H98**
**Boca Raton, FL 33432**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Class Action Claimant__
__Avis Francis-Maitland etc. v. Readylink Healthcare__
__Case No. CVRI2101356__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Northrup, David**
**2636 N. Indian Canyon Drive**
**Unit 223**
**Palm Springs, CA 92262**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Class Action Claimant__
__Avis Francis-Maitland etc. v. Readylink Healthcare__
__Case No. CVRI2101356__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Nwaiwu, Angela**
**2314 W. Imperial Hwy**
**#1**
**Hawthorne, CA 90250**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Class Action Claimant__
__Avis Francis-Maitland etc. v. Readylink Healthcare__
__Case No. CVRI2101356__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Ohaya, Scholastica**
**17839 Wren Drive**
**Canyon Country, CA 91387**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Class Action Claimant__
__Avis Francis-Maitland etc. v. Readylink Healthcare__
__Case No. CVRI2101356__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Readylink Healthcare** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Otwell, Jeanette**
**4930 Rigal Way**
**Mira Loma, CA 91752**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Perez-Ruiz, Yvette**
**16311 Marlinton Drive**
**Whittier, CA 90604**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Perry, Patricia**
**12737 Central Road**
**Apple Valley, CA 92308**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Pierce, Joseph**
**65 Shoreline Drive**
**Rancho Mirage, CA 92270**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Relova, Jannine**
**12232 Viarna Street**
**Cerritos, CA 90703**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Readylink Healthcare**                                        Case number (if known)
_____
Name

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Ritter-Tirado, Kimberly**
**5910 Camino Rocoso**
**San Clemente, CA 92673**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Rivera, Colleen**
**220 S Elk St Space 3**
**Hemet, CA 92543**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Rizo, Rololpho**
**230 Camino Primavera**
**Bakersfield, CA 93306**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Robinson, Lynnel**
**7930 Camino Huerta**
**San Diego, CA 92122**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Rockwood, Christel**
**7595 Layton Street**
**Rancho Cucamonga, CA 91730**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Readylink Healthcare** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rowe, Tammy**
**1571 E. Washington**
**Apt E**
**El Cajon, CA 92019**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Shelton, Toya**
**3410 La Sierra Ave**
**Unit F444**
**Riverside, CA 92503**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sitanggang, Pongkarn**
**22751 El Prado**
**Apt 8303**
**Rancho Santa Margarita, CA 92688**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$555,327.53** |
|---|---|---|---|

**State Compensation Insurance Fund**
**P.O. Box 7980**
**San Francisco, CA 94120-7980**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Judgment entered: State Compensation Insurance**
**Fund v. ReadyLink Healthcare, Inc. ,**
**Riverside Superior Court/Case No. PSC 1500168**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Thomas, Joyce**
**PO Box 22111**
**Beachwood, OH 44122**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Readylink Healthcare** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Thompson, Angela**
**2125 Brazos Drive**
**Frisco, TX 75033**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Class Action Claimant
Avis Francis-Maitland etc. v. Readylink Healthcare
Case No. CVRI2101356

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Uzosike, Damian**
**1968 Dayton Ave**
**San Leandro, CA 94579**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Class Action Claimant
Avis Francis-Maitland etc. v. Readylink Healthcare
Case No. CVRI2101356

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Walker-Johnson, Mae**
**18059 Tanzanite Rd**
**San Bernardino, CA 92407**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Class Action Claimant
Avis Francis-Maitland etc. v. Readylink Healthcare
Case No. CVRI2101356

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Westbrook, Harold**
**5375 Meadow Wood Lane**
**Oakley, CA 94561**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Class Action Claimant
Avis Francis-Maitland etc. v. Readylink Healthcare
Case No. CVRI2101356

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Wong, Maila**
**3618 Pine Street**
**Castro Valley, CA 94546**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Class Action Claimant
Avis Francis-Maitland etc. v. Readylink Healthcare
Case No. CVRI2101356

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Readylink Healthcare** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

Young, Lynn
2067 E Lago Grande Bay
Fort Mohave, AZ 86426

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent

■ Unliquidated

■ Disputed

Basis for the claim:  **Class Action Claimant**
**Avis Francis-Maitland etc. v. Readylink Healthcare**
**Case No. CVRI2101356**

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Arcinue, Peta**<br>**837 S. Windsor Drive**<br>**Los Angeles, CA 90005** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Beswick, Darleen**<br>**1603 Evergreen Park Lane SW**<br>**Olympia, WA 98502** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Beswick, Darleen**<br>**1001 Cooper Point Road SW**<br>**#140-344**<br>**Olympia, WA 98502** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Carrillo, Oscar**<br>**4315 Esmeralda**<br>**Los Angeles, CA 90032** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Chaffin, Earneshia**<br>**2908 Fullup**<br>**Lake Isabella, CA 93240** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **David, Ma. Cher Lynn**<br>**1982 37th Avenue**<br>**San Mateo, CA 94403** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Dayton, Ann**<br>**2443 Fillmore #380-1789**<br>**San Francisco, CA 94115** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Dhillon, Inderjit**<br>**101 Alde Burgh Circle**<br>**Sacramento, CA 95834** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Drew Pomerance**<br>**Roxbourough Pomerance Nye & Adreani**<br>**5900 Canoga Avenue**<br>**Suite 450**<br>**Woodland Hills, CA 91367** | Line **3.70**<br><br>☐ Not listed. Explain ____ | **dep@rpnalaw.com** |

| Debtor | **Readylink Healthcare** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.10 **Eubanks, Samantha** <br> **43426 Gadsden Ave #77** <br> **Lancaster, CA 93534** | Line **3.24** <br> ☐ Not listed. Explain ____ | _ |
| 4.11 **Fils-Aime, Tamara** <br> **PO Box 2015** <br> **Victorville, CA 92393** | Line **3.27** <br> ☐ Not listed. Explain ____ | _ |
| 4.12 **Gardon, Frederic** <br> **1918 Rosedale Ave** <br> **Oakland, CA 94601** | Line **3.30** <br> ☐ Not listed. Explain ____ | _ |
| 4.13 **Gore, Richard** <br> **4448 Rose Terrace Drive** <br> **Redding, CA 96001** | Line **3.32** <br> ☐ Not listed. Explain ____ | _ |
| 4.14 **Gore, Richard** <br> **PO Box 425** <br> **Lordsburg, NM 88045** | Line **3.32** <br> ☐ Not listed. Explain ____ | _ |
| 4.15 **Gregory Hafif, Esq.** <br> **Law Offices of Herbert Hafif** <br> **269 West Bonita Avenue** <br> **Claremont, CA 91711** | Line **3.3** <br> ☐ Not listed. Explain ____ | _ |
| 4.16 **Hooper, Nicole** <br> **8613 Lakewood Drive** <br> **Raleigh, NC 27613** | Line **3.37** <br> ☐ Not listed. Explain ____ | _ |
| 4.17 **Ira, Craig** <br> **3940 N. Charles** <br> **Wichita, KS 67204** | Line **3.39** <br> ☐ Not listed. Explain ____ | _ |
| 4.18 **Ira, Craig** <br> **15003 Genesee Rd** <br> **Adelanto, CA 92301** | Line **3.39** <br> ☐ Not listed. Explain ____ | _ |
| 4.19 **Ira, Craig** <br> **547 Buena Vista Ave #221** <br> **Alameda, CA 94501** | Line **3.39** <br> ☐ Not listed. Explain ____ | _ |
| 4.20 **Ira, Craig** <br> **1591 Daniels Drive** <br> **San Leandro, CA 94577** | Line **3.39** <br> ☐ Not listed. Explain ____ | _ |
| 4.21 **Ira, Craig** <br> **1140 Castro St., Apt #6** <br> **Mountain View, CA 94040** | Line **3.39** <br> ☐ Not listed. Explain ____ | _ |
| 4.22 **Juko, Pamela** <br> **6250 Canoga Ave., Apt 335** <br> **Woodland Hills, CA 91367** | Line **3.40** <br> ☐ Not listed. Explain ____ | _ |

| Debtor | **Readylink Healthcare** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.23 **Kye D. Pawlenko, Esq.**<br>**1414 Fair Oaks Avenue**<br>**Unit 2B**<br>**South Pasadena, CA 91030** | Line **3.3**<br><br>☐ Not listed. Explain ____ | **kpawlendo@hel<br>pcounsel.com** |
| 4.24 **Logsdon, Sue**<br>**8 38th Place Apt C**<br>**Long Beach, CA 90803** | Line **3.45**<br><br>☐ Not listed. Explain ____ | _ |
| 4.25 **Macharia, Lydiah**<br>**496 West Summerfield Circle**<br>**Anaheim, CA 92802** | Line **3.46**<br><br>☐ Not listed. Explain ____ | _ |
| 4.26 **Managuas, Ricardo**<br>**10705 Magnolia Avenue**<br>**Riverside, CA 92505** | Line **3.48**<br><br>☐ Not listed. Explain ____ | _ |
| 4.27 **Melina Manetti**<br>**Shook, Hardy & Bacon LLP**<br>**555 Mission Street, Ste 2300**<br>**San Francisco, CA 94105** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.28 **Nolasco, Brittany**<br>**5152 Heil Ave Apt #52**<br>**Huntington Beach, CA 92649** | Line **3.53**<br><br>☐ Not listed. Explain ____ | _ |
| 4.29 **Nwaiwu, Angela**<br>**9869 Liggett St**<br>**Bellflower, CA 90706** | Line **3.55**<br><br>☐ Not listed. Explain ____ | _ |
| 4.30 **Perry, Patricia**<br>**PO Box 290**<br>**Victorville, CA 92393** | Line **3.59**<br><br>☐ Not listed. Explain ____ | _ |
| 4.31 **R. Timothy O'Connor, Staff Counsel**<br>**State Compensation Insurance Fund**<br>**5880 Owens Drive, 3rd Floor**<br>**Pleasanton, CA 94588** | Line **3.70**<br><br>☐ Not listed. Explain ____ | _ |
| 4.32 **Rhett R. Johnson Asst Chief Counsel**<br>**State Compensation Insurance Fund**<br>**5880 Owens Drive, 3rd Floor**<br>**Pleasanton, CA 94588** | Line **3.70**<br><br>☐ Not listed. Explain ____ | _ |
| 4.33 **Rizo, Rodolpho**<br>**1001 Oleander St. Apt 5**<br>**Bakersfield, CA 93304** | Line **3.64**<br><br>☐ Not listed. Explain ____ | _ |
| 4.34 **Rizo, Rodolpho**<br>**540 Dublin Court**<br>**Bakersfield, CA 93306** | Line **3.64**<br><br>☐ Not listed. Explain ____ | _ |
| 4.35 **Rockwood, Christel**<br>**426 East Groverdale**<br>**Covina, CA 91722** | Line **3.66**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Readylink Healthcare** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.36 | **Sitanggang, Pongkarn**<br>**250 West Santa Fe Ave**<br>**#258**<br>**Fullerton, CA 92832** | Line **3.69**<br><br>☐ Not listed. Explain ____ | _ |
| 4.37 | **Steve McCartan**<br>**Shook, Hardy & Bacon LLP**<br>**2555 Grand Blvd.**<br>**Kansas City, MO 64108** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.38 | **Thomas, Joyce**<br>**PO Box 20515**<br>**Piedmont, CA 94620** | Line **3.71**<br><br>☐ Not listed. Explain ____ | _ |
| 4.39 | **Thomas, Joyce**<br>**5130 S. Forte Apache Rd**<br>**Unit 125-134**<br>**Las Vegas, NV 89148** | Line **3.71**<br><br>☐ Not listed. Explain ____ | _ |
| 4.40 | **Tony M. Chang, Staff Counsel**<br>**State Compensation Insurance Fund**<br>**5880 Owens Drive, 3rd Floor**<br>**Pleasanton, CA 94588** | Line **3.70**<br><br>☐ Not listed. Explain ____ | _ |
| 4.41 | **Walker-Johnson, Mae**<br>**282 Whitney Ave #4**<br>**Pomona, CA 91767** | Line **3.74**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 555,327.53 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 555,327.53 |

**Fill in this information to identify the case:**

Debtor name     **Readylink Healthcare**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Readylink Healthcare**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | _____ | | |
| | | City        State        Zip Code | | |
| 2.2 | _____ | _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | _____ | | |
| | | City        State        Zip Code | | |
| 2.3 | _____ | _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | _____ | | |
| | | City        State        Zip Code | | |
| 2.4 | _____ | _____ | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | _____ | | |
| | | City        State        Zip Code | | |

| Fill in this information to identify the case: |
|---|
| Debtor name **Readylink Healthcare** |
| United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

██████    **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  3, 2024**         x *Elizabeth Ann Watts*
                                         Signature of individual signing on behalf of debtor

**Elizabeth Ann Watts**
Printed name

**Secretary**
Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name  **Readylink Healthcare**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**  **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other **4/1/23 - Filing Date** | **$0.00** |
| **For prior year:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other **4/1/22 - 3/31/23** | **$0.00** |
| **For year before that:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>■ Other **4/1/21 - 3/31/22** | **$0.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | Readylink Healthcare | Case number *(if known)* | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Commerce & Industry Insurance Company v. ReadyLink Healthcare, Inc.** CVPS2102680 | **Complaint for Damages** | **Riverside Superior Court Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **State Compensation Insurance Fund v. ReadyLink Healthcare, Inc.** PSC1500168 | **Complaint for Damages** | **Riverside Superior Court Palm Springs Courthouse 3255 E Tahquitz Canyon Way Palm Springs, CA 92262** | ☐ Pending ■ On appeal ☐ Concluded |
| 7.3. **Avis Francis-Maitland, an individual on behalf of herself and others similarly situated v. ReadyLink Healthcare, Inc.** CVR12101356 | **Class Action Complaint** | **Riverside Superior Court 4050 Main Street Riverside, CA 92501** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

| Debtor | **Readylink Healthcare** | Case number *(if known)* | |
|---|---|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ringstad & Sanders LLP**<br>**4910 Birch Street**<br>**Suite 120**<br>**Newport Beach, CA 92660** | | **10/10/2023 -**<br>**$2,682.50**<br>**10/30/2023 -**<br>**$4,210.50**<br>**11/17/2023 -**<br>**$1,015.00** | **$7,908.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Ringstad & Sanders LLP**<br>**4910 Birch Street**<br>**Suite 120**<br>**Newport Beach, CA 92660** | | **Chapter 7**<br>**Retainer**<br>**12/21/2023** | **$20,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor    **Readylink Healthcare**                                         Case number *(if known)*

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Debtor    **Readylink Healthcare**                                    Case number *(if known)*

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | **Readylink Healthcare** | Case number *(if known)* | |
|---|---|---|---|

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Date of service
From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26b.1.    **Brian Ko, Tax Partner
BDO USA
515 S. Flower Street
47th Floor
Los Angeles, CA 90071** | |

| Name and address | Date of service
From-To |
|---|---|
| 26b.2.    **Amita Gandhi, CPA
Backstrom, Gandhi & Soni LLP
34-220 Gateway Drive
Suite 120
Palm Desert, CA 92211** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

Debtor    **Readylink Healthcare**                                              Case number *(if known)*

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Barry L. Treash | 72030 Metroplex Drive Thousand Palms, CA 92276 | President | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Elizabeth Ann Watts | 72030 Metroplex Drive Thousand Palms, CA 92276 | Secretary | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **Readylink Healthcare**

Case number *(if known)*

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  3, 2024**

_____    **Elizabeth Ann Watts**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor   **Secretary**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **Readylink Healthcare**

Debtor(s)

Case No.

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................ $ **27,908.00**

   Prior to the filing of this statement I have received ...................... $ **27,908.00**

   Balance Due ............................................................... $ **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor  ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January  3, 2024**

*Date*

*Todd C. Ringstad*

**Todd C. Ringstad**

*Signature of Attorney*

**Ringstad & Sanders LLP**
**4910 Birch Street**
**Suite 120**
**Newport Beach, CA 92660**
**949 851-7450  Fax: 949 851-6926**
**todd@ringstadlaw.com**

*Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Todd C. Ringstad**<br>**4910 Birch Street**<br>**Suite 120**<br>**Newport Beach, CA 92660**<br>**949 851-7450 Fax: 949 851-6926**<br>California State Bar Number: **97345 CA**<br>todd@ringstadlaw.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: | |
|---|---|
| **Readylink Healthcare** | CASE NO.:<br><br>CHAPTER: **7** |
| | |
| Debtor(s). | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __16__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __January  3, 2024__

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: __January  3, 2024__

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                      **F 1007-1.MAILING.LIST.VERIFICATION**

Readylink Healthcare
P.O. Box 1047
Thousand Palms, CA 92276


Todd C. Ringstad
Ringstad & Sanders LLP
4910 Birch Street
Suite 120
Newport Beach, CA 92660


AIG
22427 Network Place
Chicago, IL 60673-1224


Archinue, Peta
10516 Amantha Avenue
San Diego, CA 92126


Arcinue, Peta
837 S. Windsor Drive
Los Angeles, CA 90005


Avis Francis-Maitland
45275 Desert Air Street
La Quinta, CA 92253


Becerra, Kathy
1040 Meadow Way
Arroyo Grande, CA 93420


Beswick, Darleen
1054 Camino Real
Cottonwood, AZ 86326

```
Beswick, Darleen
1603 Evergreen Park Lane SW
Olympia, WA 98502


Beswick, Darleen
1001 Cooper Point Road SW
#140-344
Olympia, WA 98502


Bommarito, Thomas
13900 NW Passage
#207
Marina Del Rey, CA 90292


Brownell, Naechon
1114 West Avenue J14
Lancaster, CA 92353


Cabatan, Elsa
28403 North Pine Wood
Castaic, CA 91310


Carrillo, Oscar
2452 Angela St Apt C
Pomona, CA 91766


Carrillo, Oscar
4315 Esmeralda
Los Angeles, CA 90032


Chaffin, Earneshia
15458 Bear Valley Rd #4
Victorville, CA 92395
```

Chaffin, Earneshia
2908 Fullup
Lake Isabella, CA 93240


Cloud, Carolyn
6131 Guthrie Street
San Bernardino, CA 92404


Crawford, Barry
200 Lewis Road #207
San Jose, CA 95111


David, Ma. Cher Lynn
1982 37th Avenue
San Mateo, CA 94403


David, Ma. Cher Lynne
182 37th Avenue
San Mateo, CA 94403


Davidson, Harriette
8941 Encanto Ct.
Rancho Mirage, CA 92270


Dayton, Ann
1740 N. Dutton Ave
Santa Rosa, CA 95401


Dayton, Ann
2443 Fillmore #380-1789
San Francisco, CA 94115

Del Rosario, Chessa
3030 Valle Vista Dr Apt 24
Los Angeles, CA 90065


Delima, Clarisse
1518 E 3rd St Apt 3
Long Beach, CA 90802


Dhillon, Inderjit
9214 Parducci Way
Sacramento, CA 95829


Dhillon, Inderjit
101 Alde Burgh Circle
Sacramento, CA 95834


Drew Pomerance
Roxbourough Pomerance Nye & Adreani
5900 Canoga Avenue
Suite 450
Woodland Hills, CA 91367


Duque, Silvia
5814 2d Avenue
Los Angeles, CA 90043


Eck, Jayne
2229 West Autumn Mist Dr
Rialto, CA 92377


Eissing, Mark
3612 Marin Drive
Irvine, CA 92606

Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Enriquez, Roger
43491 30th Street West #2
Lancaster, CA 93536


Esmael, Beverly
10257 Lake Summit Drive
Moreno Valley, CA 92557


Eubanks, Samantha
3045 South Archibald Ave
H189
Ontario, CA 92761


Eubanks, Samantha
43426 Gadsden Ave #77
Lancaster, CA 93534


Fashakin, Winifred
3722 Hollow Oak Lane
Lithonia, GA 30058


Fedoseeva, Ekaterina
297 Indiana Ave
El Cajon, CA 92020


Fils-Aime, Tamara
13626 Gateway Dr
Victorville, CA 92392

Fils-Aime, Tamara
PO Box 2015
Victorville, CA 92393


Fox, Valeria
21602 Hill Gail Way
Parker, CO 80138


Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952


Frediani, Melinda
4427 Crestwood Circle
Concord, CA 94521


Gardon, Frederic
2740 Fourth Avenue
Sacramento, CA 95818


Gardon, Frederic
1918 Rosedale Ave
Oakland, CA 94601


Garnett, Joleen
2452 Via Alta
San Diego, CA 92108


Gore, Richard
17423 Cimmeron Trail
Anderson, CA 96007

```
Gore, Richard
4448 Rose Terrace Drive
Redding, CA 96001


Gore, Richard
PO Box 425
Lordsburg, NM 88045


Gregory Hafif, Esq.
Law Offices of Herbert Hafif
269 West Bonita Avenue
Claremont, CA 91711


Hayes, Michelle
1324 North Bellmont St
Porterville, CA 93257


Hazzard, Islam
162 Kit Carson Way
Vallejo, CA 94589


Higgins Davin, Diane
209 Brushwood Place
Brentwood, CA 94513


Hill, Sharla
PO Box 620483
Redwood City, CA 94062


Hooper, Nicole
58369 Lennox Court
Yucca Valley, CA 92284
```

Hooper, Nicole
8613 Lakewood Drive
Raleigh, NC 27613


Imbruno, Patricia
4721 Latkins
Sarasota, FL 34233


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Ira, Craig
4407 West 9th Street N
Wichita, KS 67212


Ira, Craig
3940 N. Charles
Wichita, KS 67204


Ira, Craig
1140 Castro St., Apt #6
Mountain View, CA 94040


Ira, Craig
1591 Daniels Drive
San Leandro, CA 94577


Ira, Craig
547 Buena Vista Ave #221
Alameda, CA 94501

Ira, Craig
15003 Genesee Rd
Adelanto, CA 92301


Juko, Pamela
15061 Archwood St #2
Van Nuys, CA 91405


Juko, Pamela
6250 Canoga Ave., Apt 335
Woodland Hills, CA 91367


Keffer, Carolyn
38035 27th St E
Palmdale, CA 93550


Kye D. Pawlenko, Esq.
1414 Fair Oaks Avenue
Unit 2B
South Pasadena, CA 91030


Lagrimas, Rolly
1025 Barrett Ave
Richmond, CA 94801


Lee, Sondra
16475 Tarpey Road
Watsonville, CA 95076


Lineweaver, Patricia
79591 Butler Bay Pl
Long Beach, CA 90803

Logsdon, Sue
10640 Parrot Ave #P
Downey, CA 90240


Logsdon, Sue
8 38th Place Apt C
Long Beach, CA 90803


Macharia, Lydiah
990 Valley View Ave #30
Pasadena, CA 91107


Macharia, Lydiah
496 West Summerfield Circle
Anaheim, CA 92802


Mallory, Valerie
1027 40st Ave #11
Oakland, CA 94601


Managuas, Ricardo
2270 Sherwood Drive
Lemon Grove, CA 91945


Managuas, Ricardo
10705 Magnolia Avenue
Riverside, CA 92505


Mardirossian, Sosie
10610 Lost Trail Avenue
Sunland, CA 91040

Mariano, Maria
15649 Mayall Street
North Hills, CA 91343

Melina Manetti
Shook, Hardy & Bacon LLP
555 Mission Street, Ste 2300
San Francisco, CA 94105

Miclat, Fher-John
1803 Crossroads St
Chula Vista, CA 91915

Newson, Shameka
8424 Matilija Avenue
Panorama City, CA 91402

Nolasco, Brittany
3100 South Dixie Hwy Apt H98
Boca Raton, FL 33432

Nolasco, Brittany
5152 Heil Ave Apt #52
Huntington Beach, CA 92649

Northrup, David
2636 N. Indian Canyon Drive
Unit 223
Palm Springs, CA 92262

Nwaiwu, Angela
2314 W. Imperial Hwy
#1
Hawthorne, CA 90250

Nwaiwu, Angela
9869 Liggett St
Bellflower, CA 90706


Ohaya, Scholastica
17839 Wren Drive
Canyon Country, CA 91387


Otwell, Jeanette
4930 Rigal Way
Mira Loma, CA 91752


Perez-Ruiz, Yvette
16311 Marlinton Drive
Whittier, CA 90604


Perry, Patricia
12737 Central Road
Apple Valley, CA 92308


Perry, Patricia
PO Box 290
Victorville, CA 92393


Pierce, Joseph
65 Shoreline Drive
Rancho Mirage, CA 92270


R. Timothy O'Connor, Staff Counsel
State Compensation Insurance Fund
5880 Owens Drive, 3rd Floor
Pleasanton, CA 94588

Relova, Jannine
12232 Viarna Street
Cerritos, CA 90703


Rhett R. Johnson Asst Chief Counsel
State Compensation Insurance Fund
5880 Owens Drive, 3rd Floor
Pleasanton, CA 94588


Ritter-Tirado, Kimberly
5910 Camino Rocoso
San Clemente, CA 92673


Rivera, Colleen
220 S Elk St Space 3
Hemet, CA 92543


Rizo, Rodolpho
1001 Oleander St. Apt 5
Bakersfield, CA 93304


Rizo, Rodolpho
540 Dublin Court
Bakersfield, CA 93306


Rizo, Rololpho
230 Camino Primavera
Bakersfield, CA 93306


Robinson, Lynnel
7930 Camino Huerta
San Diego, CA 92122

Rockwood, Christel
7595 Layton Street
Rancho Cucamonga, CA 91730


Rockwood, Christel
426 East Groverdale
Covina, CA 91722


Rowe, Tammy
1571 E. Washington
Apt E
El Cajon, CA 92019


Shelton, Toya
3410 La Sierra Ave
Unit F444
Riverside, CA 92503


Sitanggang, Pongkarn
22751 El Prado
Apt 8303
Rancho Santa Margarita, CA 92688


Sitanggang, Pongkarn
250 West Santa Fe Ave
#258
Fullerton, CA 92832


State Compensation Insurance Fund
P.O. Box 7980
San Francisco, CA 94120-7980


Steve McCartan
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108

Thomas, Joyce
PO Box 22111
Beachwood, OH 44122


Thomas, Joyce
PO Box 20515
Piedmont, CA 94620


Thomas, Joyce
5130 S. Forte Apache Rd
Unit 125-134
Las Vegas, NV 89148


Thompson, Angela
2125 Brazos Drive
Frisco, TX 75033


Tony M. Chang, Staff Counsel
State Compensation Insurance Fund
5880 Owens Drive, 3rd Floor
Pleasanton, CA 94588


U.S. Securities and Exchange
Attn: Bankruptcy Counsel
444 South Flower Street
Suite 900
Los Angeles, CA 90071-9591


United States Trustee
3801 University Avenue
Suite 720
Riverside, CA 92501


Uzosike, Damian
1968 Dayton Ave
San Leandro, CA 94579

Walker-Johnson, Mae
18059 Tanzanite Rd
San Bernardino, CA 92407

Walker-Johnson, Mae
282 Whitney Ave #4
Pomona, CA 91767

Westbrook, Harold
5375 Meadow Wood Lane
Oakley, CA 94561

Wong, Maila
3618 Pine Street
Castro Valley, CA 94546

Young, Lynn
2067 E Lago Grande Bay
Fort Mohave, AZ 86426